UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MENDOZA, JAMES HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | Case No.: 1:17-cv-00839-LJO-SKO<br><br>ORDER GRANTING DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S REQUEST TO SEAL DOCUMENTS<br><br>(ECF No. 40) |

Having reviewed and considered Defendant Electrolux Home Products, Inc.'s Request to Seal Documents, and accompanying documents, including the proposed redacted Sur-Reply, proposed redacted Supplemental Declaration of Christopher Smith ("Supp. Smith Declaration"), all Exhibits to the Supp. Smith Declaration, and proposed redacted Declaration of Andy Reed, and good cause appearing therefore, the Court hereby **ORDERS** Defendant's Request is **GRANTED** in its entirety.

IT IS SO ORDERED.

Dated: __September 5, 2017__    _____/s/ Lawrence J. O'Neill_____
                                UNITED STATES CHIEF DISTRICT JUDGE

1
ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS

301024030 v1